# United States District Court
## For The Western District of North Carolina
## Statesville Division

JUDITH F. SPRINKLE,

    Plaintiff(s),                  JUDGMENT IN A CIVIL CASE

vs.                                       5:09CV64

MICHAEL J. ASTRUE,
COMMISSIONER OF SOCIAL SECURITY,

    Defendant(s).

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 4/19/10 Order.

Signed: April 19, 2010

Frank G. Johns, Clerk
United States District Court